# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DOMINIQUE DEWAYNE GULLEY-FERNANDEZ,**
**DAMIEN M. GRIFFIN,**
**CARLOS D. LINDSEY, and**
**DEANDRE JEROME BERNARD,**

      Plaintiffs,

    -vs-                             Case No. 15-CV-795

**DR. TRACY JOHNSON, et al.,**

      Defendants.

## DECISION AND ORDER

The pro se plaintiffs are Wisconsin state prisoners who filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff Gulley-Fernandez has filed a petition for leave to proceed *in forma pauperis*. On July 7, 2015, the Court determined that he was not required to an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(4).

By letter of July 1, 2015, plaintiffs Griffin, Lindsey, and Bernard were each directed to submit either the filing fee or a petition for leave to proceed *in forma pauperis*, together with a certified copy of their institutional trust account statement for the past six months by July 23, 2015. Plaintiff Lindsey has filed a petition for leave to proceed *in forma pauperis* but he has not filed a six-month trust account statement.

Plaintiffs Griffin and Bernard have not filed either the *in forma pauperis* petition or the six-month trust account statement.

Because Plaintiffs Griffin, Lindsey, and Bernard have not complied with the Clerk of Court's July 1, 2015, letter regarding payment of the filing fee or submission of a petition for leave to proceed *in forma pauperis* and six-month trust account statement, this Court infers that they no longer wish to prosecute this action. Therefore, the Court will dismiss them from the case unless they file petitions for leave to proceed *in forma pauperis* and/or six-month trust account statements on or before **August 17, 2015**. See Fed. R. Civ. P. 41(b); Civil L.R. 41(c) (E.D. Wis.).

Finally, the Court notes that plaintiff Gulley-Fernandez has filed several motions "on behalf of all plaintiffs" which are signed only by him (Docket Nos. 14-16). Plaintiff Gulley-Fernandez is advised that as a pro se litigant he may only represent himself. Pro se litigants lack the authority to represent the interests of other parties. *Navin v. Park Ridge Sch. Dist.*, 270 F.3d 1147, 1149 (7th Cir. 2001). If plaintiff Gulley-Fernandez files any additional motion "on behalf of all plaintiffs," the Court will deny the motion with leave to refile properly, that is, with each plaintiffs' signature. In any event, the Court will not consider these motions (as well as the one additional motion that Gulley-Fernandez filed only on behalf of himself,

Docket No. 17) until the Court has assessed, and if applicable received, an initial partial filing fee from all plaintiffs who are remaining in the case.

**NOW, THEREFORE, IT IS ORDERED** that plaintiffs Griffin and Bernard shall each submit a petition for leave to proceed *in forma pauperis* together with a six-month trust account statement on or before **August 17, 2015**, or they will be dismissed from this action.

**IT IS FURTHER ORDERED** that plaintiff Lindsey shall submit a six-month trust account statement on or before **August 17, 2015**, or he will be dismissed from this action.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**