# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DOMINIQUE DEWAYNE GULLEY-FERNANDEZ,**

    Plaintiff,

-vs-                                      Case No. 15-CV-795

**DR. TRACY JOHNSON, GARY ANKARLO,
DAVID GARDNER, WARDEN GARY BOUGHTON,
KEVIN KALLAS, CHRISTA K. MORRISON,
DR. SHIRLEY DAWSON, DR. DAWN LANDERS,
TIMOTHY HAINES, TROY HERMANS,
DR. TORRIA VAN BUREN, and CYNTHIA S. OSBORNE,**

    Defendants.

## DECISION AND ORDER

The plaintiff has filed a motion for the Court to enter a Scheduling Order and a motion for preliminary injunction. (ECF No. 88.) In his request for a preliminary injunction, the plaintiff reiterates his previous motion that the Court order him transferred from the Wisconsin Secure Program Facility to another institution. On June 3, 2016, the Court denied the plaintiff's request for injunctive relief seeking transfer. (ECF No. 87 at 3-6.) The plaintiff's instant filing does not demonstrate that the Court should order him transferred at this time, especially in light of his statement that he has been back on the "Echo Unit – GP" since April 11, 2016, and doing good. (ECF No. 88 at 3-4.) Based on the foregoing, the

Court will deny the plaintiff's motion for preliminary injunction.

On June 14, 2016, the plaintiff filed a motion to allow plaintiff to proceed on his comprehensive amended complaint. The comprehensive amended complaint (ECF No. 62) is the operative complaint in this action. The plaintiff does not wish to dismiss any claims or defendants. The Court will therefore promptly issue a Scheduling Order setting deadlines for the completion of discovery and for filing dispositive motions.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for entry of Scheduling Order (ECF No. 88) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for preliminary injunction (ECF No. 88) is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion to allow plaintiff to proceed on comprehensive amended complaint (ECF No. 90) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2016.

**BY THE COURT:**

_/s/ Rudolph T. Randa_
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**